# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KEVIN LINN   PLAINTIFF
ADC #119571

V.   NO: 5:17CV00038 JM/PSH

JEREMY ANDREWS *et al*   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that plaintiff Kevin Linn's claims for monetary damages against the defendants in their official capacities are DISMISSED WITH PREJUDICE.

DATED this 28th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE