IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

KEVIN LINN                                                                                          PLAINTIFF

V.                            NO: 5:17CV00038 JM/PSH

JEREMY ANDREWS *et al*                                                                DEFENDANTS

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 8th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE