IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEVIN LINN							PLAINTIFF
ADC #119571

v.				No: 5:17-cv-00038 JM-PSH

JEREMY ANDREWS, *et al.*					DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Linn's claims for injunctive relief are dismissed as moot; and

2. Defendants' motion for summary judgment (Doc. No. 91) is denied.

DATED this 27th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE