IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEVIN LINN                                                                                           PLAINTIFF
ADC #119571

v.                                          No: 5:17-cv-00038 JM-PSH

JEREMY ANDREWS, *et al.*                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the defendants' motion for summary judgment (Doc. No. 110) is granted, and this case is dismissed with prejudice.

DATED this 22nd day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE