IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEVIN LINN                                                                                           PLAINTIFF
ADC #119571

v.                                       No: 5:17-cv-00038 JM-PSH

JEREMY ANDREWS, *et al.*                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 22nd day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE